# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2015

## NO. 03-15-00542-CV

**Blaine Martin Standiford and Sheryl Elizabeth Standiford, Appellants**

**v.**

**CitiMortgage, Inc., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

Appellants filed a motion seeking review of the trial court's order setting supersedeas bond. Having reviewed the record, it appears that the Court lacks jurisdiction over the motion. Therefore, the Court dismisses the motion for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.